Elissa D. Miller
millertrustee@sulmeyerlaw.com
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
Central District of California
Los Angeles

| | |
|---|---|
| In re<br><br>RICHARD ROBLES<br>DENISE MARIE ROBLES<br><br>Debtor. | ) Case No. 2:08-BK-20532-PC<br>) Chapter 7<br>)<br>)<br>) **REPORT OF TRUSTEE UNDER RULE**<br>) **3011**<br>)<br>) |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1011 in the sum of $1,889.43 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: November 2, 2010

_____
Elissa D. Miller
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

## LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID:   Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM:   13.33144%

AMOUNT/BALANCE TO DISTRIBUTE:   $1,889.43

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| | Union Bank of California<br>Special Assets Department<br>PO Box 85443<br>San Diego, CA  92186 | $14,172.74 | $0.00 | $1,889.43 |
| | TOTALS: | $14,172.74 | $0.00 | $1,889.43 |
| | CASE NUMBER: | 2:08-BK-20532-SB | | |
| | CASE NAME: | RICHARD ROBLES | | |

* Total also includes employee taxes withheld

| | |
|---|---|
| In re: ROBLES, RICHARD<br>ROBLES, DENISE MARIA<br>Debtor(s). | CASE NUMBER: 2:08-BK-20532PC |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>REPORT OF TRUSTEE UNDER RULE 3011</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 2, 2010</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

United States Trustee's Office- usptregion16.la.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>November 3, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Peter H. Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 3, 2010 | Lorraine L Robles | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1